UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IDALINA MONTILLA,

                Plaintiff,

    -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
08-CV- 2746 (JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ NOV 2 4 2008 ★
TIME A.M. _____ P.M. _____

An Order of Honorable John Gleeson, United States District Judge, having been filed on November 24, 2008, granting the Commissioner's motion for summary judgment; and directing that as mentioned at oral argument, the dismissal of the claim for benefits at issue in the case does not prevent plaintiff from bringing a new claim for benefits; it is

ORDERED and ADJUDGED that the Commissioner's motion for summary judgment is granted; and that as mentioned at oral argument, the dismissal of the claim for benefits at issue in this case does not prevent plaintiff from bringing a new claim for benefits.

Dated: Brooklyn, New York
       November 24, 2008

ROBERT C. HEINEMANN
Clerk of Court

By s/Terry Vaughn
Chief Deputy